UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------x
LYNETTE BECH,                                          :
                                                       : CASE NO.: 2:24-cv-01314-NJB-EJD
        Plaintiff,                                   :
                                                       : Judge: Hon. Nannette Jolivette Brown
vs.                                                    :
                                                       : Magistrate: Hon. Eva J. Dossier
                                                       :
PAWN MASTERS L.L.C. and                                :
THE PINK AGAVE LLC                                     :
                                                       :
        Defendants.                                  :
-------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against the Defendants without fees or costs to any party against any other.

Respectfully Submitted, this 12th day of December, 2024.

| | |
|---|---|
| By: /s/ Andrew D. Bizer | By: /s/ James B. Mullaly |
|    **ANDREW D. BIZER** |    **JAMES B. MULLALY** |
| | |
| **BIZER & DEREUS, LLC** | **MULLALY & ASSOCIATS, LLC** |
| Andrew D. Bizer, Bar No. 30396 | JAMES B. MULLALY (LA #28296) |
| Garret S. DeReus, Bar No. 35105 | MULLJTC@GMAIL.COM |
| Eva M. Kalikoff, Bar No. 39932 | 7925 NELSON STREET |
| 3319 St. Claude Avenue | NEW ORLEANS, LOUISIANA 70125 |
| New Orleans, Louisiana 70112 | TELEPHONE: (504) 635-8385 |
| Telephone:   (504) 619-9999 | |
| Facsimile:   (504) 948-9996 | *Counsel for Defendants* |
| Email:   andrew@bizerlaw.com | |
|         gdereus@bizerlaw.com | |
|         eva@bizerlaw.com | |
| *Counsel for Plaintiff Lynette Bech* | |