UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LYNETTE BECH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1314** |
| **PAWN MASTERS, LLC, et al.** | **SECTION: "G"(3)** |

## ORDER

Considering the parties' Stipulation of Dismissal,[1]

**IT IS HEREBY ORDERED** that all claims raised in the above captioned matter are **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

**NEW ORLEANS, LOUISIANA** this __13th__ day of December, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 18.

1